NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

L. Timothy Fisher, Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596

ATTORNEY(S) FOR: Plaintiff Veronica Brenner

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VERONICA BRENNER, on Behalf of Herself and all Others Similarly Situated,

Plaintiff(s),

v.

PROCTER & GAMBLE CO.,

Defendant(s)

CASE NUMBER:

8:16-cv-1093

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Veronica Brenner or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Veronica Brenner | 1. Plaintiff |
| 2. Procter & Gamble Co. | 2. Defendant |

June 13, 2016
Date

/s/ L. Timothy Fisher
Signature

Attorney of record for (or name of party appearing in pro per):