**BURSOR & FISHER, P.A**.
L. Timothy Fisher (SBN 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com

*Counsel for Plaintiffs*
*(additional counsel appear on signature page)*

**HUNTON & WILLIAMS LLP**
Ann Marie Mortimer (SBN 169077)
amortimer@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, CA  90071
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Samuel A. Danon (*pro hac vice*)
sdanon@hunton.com
Douglas C. Dreier (*pro hac vice*)
ddreier@hunton.com
1111 Brickell Ave., Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile:  (305) 810-2460

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRENNER, on behalf of herself and all others similarly situated, | Case No. 8:16-cv-1093 JLS-JCG |
| | **[DISCOVERY MATTER]** |
| Plaintiff, | **STIPULATED ORDER** |
| v. | **ESTABLISHING ESI PROTOCOL** |
| PROCTER & GAMBLE CO., | |
| Defendant. | Hon. Jay C. Gandhi |

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and after consultation with counsel and the Court, the parties have agreed to the following protocol for issues raised in *Brenner v. The Procter & Gamble Co.* (herein the "Litigation") related to the production of electronically stored information ("ESI"), hard-copy documents and other information:

**A.      ESI Production Format**

     1.    ESI is to be produced in 300 DPI Group IV Grayscale Tagged Image File Format (.TIFF or .TIF) files.  TIFF files shall be produced in single-page format along with image load files (.OPT file and .LFP file).  All documents are to be provided with per document searchable text (.TXT) files, and such text files contain the full text extraction. In the event a document is scanned into TIFF format, the text file should contain that document's OCR text.  If a document is redacted for privilege or to comply with foreign privacy regulations, the document will undergo a second OCR to omit the extracted text behind the redaction.

     2.    For any documents that contain an attachment (for example, email), to the extent available, the following fields should be produced as part of the load file to provide the parent/child or parent/sibling relationship:

          a.    Production Number Begin

          b.    Production Number End

          c.    Production Attachment Range Number Begin

          d.    Production Attachment Range Number End

          e.    Attachment Name

          f.    Production Doc Page Count

     3.    The parties may suppress container files (.zip, .pst, .rar) that do not reflect substantive information prior to production, but must produce the remainder of those responsive, non-privileged document families found

within the container file, including any emails to which that container file is attached. Similarly, the parties may suppress any non-substantive images extracted from email documents (e.g., logos, icons) prior to production.

4. The parties may de-duplicate identical ESI within a custodian's files ("vertical") at the point of data processing, then de-duplicate identical ESI across custodians ("horizontal") at the point of production.

5. Production of Excel and Database ESI: Unless such materials contain privileged or information requiring redaction due to legal obligations, MS-Excel spreadsheets and databases shall be produced in native format with a TIFF placeholder.

6. Bates Numbering: Bates numbers shall be unique IDs with a prefix that can be readily attributed to the producing party. Bates numbering should be sequential. If a Bates number or set of Bates numbers is skipped in a production, the producing party will so note. Bates numbering and any confidentiality designation should be electronically branded on each produced TIFF image of ESI but should not be included in the extracted text of ESI.

**B.** **Production of Paper Discovery:** The Producing Party agrees to produce hard-copy documents in hard copy or single-page TIFF image format as described in Paragraph A.1.

**C.** **No color:** Documents in color need not be produced in color. A party may request that a reasonable number of specifically-identified documents be produced in a color .PDF or .JPG format.

**D.** **Production Media:** The Producing Party shall produce document images, Native files, and Load files on hard drives, CDs, DVDs, external USB hard drives, secure file sharing, or other mutually agreeable media ("Production Media").

**E.     Privilege Log:**

     1.    In an effort to avoid unnecessary expense and burden, the parties agree that, for all documents, ESI, or other information that have been redacted or withheld from production on the basis of attorney-client privilege, the work product doctrine, and/or any other applicable privilege, and in connection with the provision of any applicable privilege log required pursuant to Fed. R. Civ. P. 26, the producing party will prepare a summary privilege log containing document type, the Custodian, Email Subject, Email Author, Email Recipient, Email CC, Email BCC, File Name, File Author, and File Created Date, to the extent such information exists.

     2.    Within 30 business days of receiving such a summary log, a receiving party may identify particular documents that it believes require further explanation. The receiving party seeking further information shall explain in writing the need for such information and state precisely each document (by Bates number) for which it seeks this information. Within 14 days of such a request, the producing party must either (i) produce a full log for the requested documents, or (ii) challenge the request. If a party challenges a request for further information, the Parties shall meet and confer to try to reach a mutually agreeable solution. If they cannot agree, the matter shall be brought to the Court.

     3.    Paragraph E.1 requires preparation of a privilege log with respect to all documents, electronically stored information, things and oral communications withheld on the basis of a claim of attorney-client privilege, work product doctrine and/or any other applicable privilege protection.

**F.     No Waiver**.

1.     Pursuant to Federal Rule of Evidence 502(d), the inadvertent production of a privileged or work product protected ESI is not a waiver in the pending litigation or in any other federal or state proceeding.

2.     The mere production of ESI in a litigation as part of a mass production shall not itself constitute a waiver for any purpose.

3.     Further, performing keyword searches before production of documents constitute "reasonable steps to prevent disclosure" as that term is used in Federal Rules of Evidence 502(b).

G.     Except as expressly stated, nothing in this order affects the parties' discovery obligations under the Federal or Local Rules.  For example, if counsel for a producing party discovers an email that is responsive to any outstanding document requests served on that producing party, and such email is not subject to an objection but was not produced in accordance with the protocol above, the producing party must produce the email.

Dated: November ____, 2016

By:_____*/s/ L. Timothy Fisher*_____
L. Timothy Fisher
**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiffs*

By:_____*/s/ Ann Marie Mortimer*_____
           Ann Marie Mortimer

**HUNTON & WILLIAMS LLP**
Ann Marie Mortimer (SBN 169077)
amortimer@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, CA  90071
Telephone:   (213) 532-2000
Facsimile:    (213) 532-2020

Samuel A. Danon (*pro hac vice*)
sdanon@hunton.com
Douglas C. Dreier (*pro hac vice*)
ddreier@hunton.com
1111 Brickell Ave., Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile:  (305) 810-2460

*Counsel for Defendant*

IT IS SO ORDERED.


DATED:_____      _____
                                              Jay C. Gandhi
                                  UNITED STATES MAGISTRATE JUDGE

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)

Pursuant to Local Rule 5-4.3.4(a)(2) of the Central District of California, I attest that I have concurrence in the filing of this document.

By: */s/ Ann Marie Mortimer*
Ann Marie Mortimer