NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA BRENNER, on behalf of their self and all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>PROCTER & GAMBLE CO.,<br><br>      Defendant. | Case No. 8:16-cv-1093 JLS-JCG<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Honorable Josephine L. Staton |

## ORDER

This matter is before the Court on the parties' Stipulation to Extend Briefing Schedule on Plaintiffs' Motion for Class Certification. The Court, having considered the parties' stipulation, finds good cause in support thereof.

NOW, THEREFORE, the Court orders as follows:

1. Plaintiffs shall disclose their class certification expert reports on **September 5, 2017**.
2. Plaintiffs shall file their motion for class certification on **September 19, 2017**.
3. Defendant shall disclose its class certification expert reports on **October 6, 2017**.
4. Defendant shall file its opposition to the motion for class certification on **October 20, 2017**.
5. Plaintiffs shall file their reply in support of class certification on **November 17, 2017**.

**IT IS SO ORDERED.**

Dated: June 29, 2017

                                             JOSEPHINE L. STATON
                                             Honorable Josephine L. Staton
                                             United States District Judge