**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
ltfisher@bursor.com
Joel D. Smith (State Bar No. 244902)
jsmith@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
scott@bursor.com
Yitzchak Kopel (admitted *pro hac vice*)
ykopel@bursor.com
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

*Counsel for Plaintiffs*

*[Additional counsel for Plaintiffs listed on signature page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRENNER, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>     v.<br><br>PROCTER & GAMBLE CO.,<br><br>                 Defendant. | Case No. 8:16-cv-1093 JLS-JCG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date:   January 12, 2018<br>Time:  2:30 p.m.<br>Ctrm:   10A<br><br>Judge: Hon. Josephine L. Staton |

Please take notice that, on January 12, 2018, at 2:30 p.m. in Courtroom 10A of the United States District Court for the Central District of California located at 411 W. Fourth St., Santa Ana, CA, 92701 in the Courtroom of Judge Josephine L. Staton, Plaintiffs Veronica Brenner and Angela Banegas will and herby do move for an order certifying classes defined as:

> **Multistate Breach of Express Warranty Class:** "All Persons who purchased one or more units of Pampers Natural Clean Wipes in the states of California, Delaware, Kansas, Missouri, New Jersey, Ohio, Utah, Virginia, West Virginia, and the District of Columbia from June 14, 2012 to September 3, 2017, excluding persons who purchased for purpose of resale."

> **California Class:** "All Persons who purchased one or more units of Pampers Natural Clean Wipes in the state of California from June 14, 2012 to September 3, 2017, excluding persons who purchased for purpose of resale."

> **Florida Class:** "All Persons who purchased one or more units of Pampers Natural Clean Wipes in the state of Florida from June 14, 2012 to September 3, 2017, excluding persons who purchased for purpose of resale."

Plaintiffs' motion for class certification is made pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(b)(2). For the reasons detailed in Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification, Plaintiffs respectfully request that the Court certify the proposed classes, appoint Veronica Brenner as Class representative of the Multistate Breach of Express Warranty and California Classes and appoint Angela Banegas as Class representative of the Florida Class, and appoint their counsel, Bursor & Fisher, P.A. as Class Counsel.

This motion is based on this Notice of Motion and Motion, Plaintiffs' Memorandum in Support of Motion for Class Certification, the Declaration of Yitzchak Kopel, the Declarations of Plaintiff Veronica Brenner and Plaintiff Angela Banegas, the Declaration of J. Michael Dennis, Ph.D., the Declaration of Colin B. Weir, the pleadings

and papers on file herein, and upon such matters as may be presented to the Court at the time of hearing.

Pursuant to Local Rule 7-3, Plaintiffs' counsel conferred with Defendant Procter & Gamble Co.'s counsel on September 7, 2017.

Dated: September 19, 2017   **BURSOR & FISHER, P.A.**


By: */s/ Joel D. Smith*
Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
ltfisher@bursor.com
Joel D. Smith (State Bar No. 244902)
jsmith@bursor.com
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
scott@bursor.com
Yitzchak Kopel (admitted pro hac vice)
ykopel@bursor.com
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163

**BLOOD HURST & O'REARDON, LLP**
Timothy G. Blood (State Bar No. 149343)
tblood@bholaw.com
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338/1101(fax)

**THE LAW OFFICE OF JOSEPH PUSTIZZI, P.A.**
Joseph M. Pustizzi
joseph@pustizzilaw.com
3440 Hollywood Blvd., Suite 415
Hollywood, Florida 30021-6933

1  T: (954) 241-4244

**THE FRASER LAW FIRM, P.C.**
Michael T. Fraser (State Bar No. 275185)
mfraser@thefraserlawfirm.net
4120 Douglas Blvd., Suite 306-262
Granite Bay, California 95746
Tel: 888/557-5115
866/212-8434 (fax)


**MONTELEONE & McCRORY, LLP**
Diane M. Dron (State Bar No. 86195)
dron@mmlawyers.com
725 Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: 213/784-3108
213/612-9930 (fax)

*Counsel for Plaintiffs*