1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 VERONICA BRENNER, on behalf of their self and all others similarly situated, | Case No. 8:16-cv-1093 JLS-JCG |
| | **ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Plaintiff, | |
| v. | |
| PROCTER & GAMBLE CO., | Honorable Josephine L. Staton |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

This matter is before the Court on the parties' Stipulation to Extend Briefing Schedule on Plaintiffs' Motion for Class Certification.  The Court, having considered the parties' stipulation, finds good cause in support thereof.

NOW, THEREFORE, the Court orders as follows:

1. Defendant shall disclose its class certification experts on **<u>October 24, 2017</u>**.

2. Defendant shall file its opposition to the motion for class certification and any *Daubert* motions on class certification issues on **<u>October 27, 2017</u>**.

3. Plaintiffs shall file their reply in support of class certification and opposition to Defendant's *Daubert* motions on **<u>December 8, 2017</u>**.

4. Defendant shall file its reply in support of its *Daubert* motions on **<u>December 22, 2017</u>**.

5. The Motion to Certify Class shall be heard on the previously noticed hearing date of January 12, 2018, at 2:30 p.m.  (*See* Doc. 79.)

6. If Plaintiffs intend to move to exclude Defendant's expert testimony, they shall inform that Court as soon as practicable so that a briefing schedule can be set accordingly.

**IT IS SO ORDERED.**

Dated:  September 29, 2017

_____
Honorable Josephine L. Staton
United States District Judge

[