HAROLD P. WEINBERGER  (*admitted pro hac vice*)
hweinberger@kramerlevin.com
NORMAN C. SIMON (*admitted pro hac vice*)
nsimon@kramerlevin.com
EILEEN M. PATT (*admitted pro hac vice*)
epatt@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile: (212) 715-8000

Ann Marie Mortimer (State Bar No. 169077)
amortimer@hunton.com
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
THE PROCTER & GAMBLE CO.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BRENNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE CO.,<br><br>Defendant. | Case No.: 8:16-1093-JLS-JCG<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF ERRATA RE: EXHIBITS 28 & 29 TO SEALED DECLARATION OF NORMAN C. SIMON IN SUPPORT OF DEFENDANT'S APPLICATION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, MOTION TO EXCLUDE J. MICHAEL DENNIS AND SUPPORTING DOCUMENTS (Dkt No. 96)**<br><br>Before:     Hon. Josephine L. Staton |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Defendant The Procter & Gamble Company hereby submits this Notice of Errata Regarding Exhibits 28 and 29 to the Sealed Declaration of Norman C. Simon (Dkt. No. 96) filed in support of Defendant's Application to File Under Seal Portions of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Motion to Exclude J. Michael Dennis and Supporting Documents. The Simon Declaration (Dkt. No. 96) omitted the <u>unredacted</u> and provisionally sealed versions of Exhibits 28 and 29 to the Declaration of Harold P. Weinberger (Dkt. No. 100) filed in support of Defendant's (1) Opposition to Plaintiffs' Motion for Class Certification, (2) Motion to Exclude the Expert Testimony of J. Michael Dennis, Ph.D., and (3) Motion to Exclude the Expert Testimony of Colin B. Weir. The <u>redacted</u> versions of Exhibits 28 and 29 were publicly filed with the Declaration of Harold P. Weinberger. (*See* Dkt Nos. 100-28 and 100-29).

Accordingly, filed concurrently herewith are the <u>unredacted</u> and provisionally sealed versions of Exhibits 28 and 29.

DATED: October 29, 2017          Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Norman C. Simon
Harold P. Weinberger (*admitted pro hac vice*)
Norman C. Simon (*admitted pro hac vice*)
Eileen M. Patt (*admitted pro hac vice*)
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
hweinberger@kramerlevin.com
nsimon@kramerlevin.com
epatt@kramerlevin.com

1

NOTICE OF ERRATA RE: EXHIBITS 28 AND 29 TO SEALED DECLARATION OF NORMAN C. SIMON IN SUPPORT OF DEFENDANT'S APPLICATION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, MOTION TO EXCLUDE J. MICHAEL DENNIS AND SUPPORTING DOCUMENTS (DKT. NO. 96), Case No. 8:16-CV-1093-JLS-JCG